IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BELINDA L. ANDERSON,

    Plaintiff,

v.

BANK OF AMERICA CENTER,

    Defendant.

CIVIL ACTION

NO. 1:04-cv-3612-WBH

## ORDER

Presently before this Court is Plaintiff's motion to meet with the undersigned in chambers to discuss this case [9]. Plaintiff states in her motion that she did not receive various pleadings at the address Plaintiff provided to the Court.[1] However Plaintiff acknowledged receiving other orders of the Court. The Clerk made a notation on the docket on August 12, 2005, that Plaintiff telephoned and another copy of the Report and Recommendation was sent her. Plaintiff was advised as early as May 4, 2005, that failure to comply with the Rules of this Court would result in dismissal of this action. The Court provided Plaintiff amply opportunity to prosecute her claims, yet she failed to actively pursue these allegations and the Court properly dismissed this action without prejudice. Plaintiff's motion is DENIED.

It is so ORDERED, this 31 day of October, 2005.

_____
Willis B. Hunt, Jr.
Judge, United States District Court

---

[1] Plaintiff continues to use this same address throughout this case. The Court has no alternative but to send orders to this address.